1  Gregory G. Spaulding (CA State Bar No. 106606)
   Terry S. Sterling, Esq. (CA State Bar No. 106379)
2  Warren L. Dranit (CA State Bar No. 160252)
   SPAULDING McCULLOUGH & TANSIL LLP
3  90 South E Street, Suite 200
   P.O. Box 1867
4  Santa Rosa, CA  95402
   Telephone:     (707) 524-1900
5  Facsimile:      (707) 524-1906
   Email: spaulding@smlaw.com; sterling@smlaw.com; dranit@smlaw.com
6
   Andrew W. Stroud  (CA State Bar No. 126475)
7  Mennemeier, Glassman & Stroud LLP
   980 9th Street, Suite 1700
8  Sacramento, CA 95814
   Telephone: (916) 553-4000
9  Facsimile: (916) 553-4011
   Email:  stroud@mgslaw.com
10
   Attorneys for Plaintiff PAUL E. DOLAN, III
11

12                     UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14  PAUL E. DOLAN III,                          Case No.:  13-CV-00164-GEB-CKD

15              Plaintiff,
                                                STIPULATION CONTINUING STATUS
16                                              CONFERENCE AND [PROPOSED] ORDER
          vs.
17
    MENDOCINO WINE GROUP, LLC, a
18  California limited liability company, and Does 1-
    18,
19
                Defendants.
20

21          IT IS HEREBY STIPULATED and agreed by and between plaintiff PAUL E. DOLAN III

22  ("DOLAN") and defendant MENDOCINO WINE GROUP, LLC ("MWG"), through their attorneys

23  of record, that the Status Conference currently set for August 19, 2013, shall be continued for three

24  weeks.  This continuance is requested in order to allow sufficient time for counsel to prepare and

25  timely file their Joint Status Report.  Preparation of the Joint Status Report was deferred pending a

26  ruling on MWG's Motion to Transfer but that Motion has not yet been decided, and due to a

27  previously planned absence from the office, trial counsel for MWG is not available to confer and

28  prepare the Joint Status Report in time for it to be filed by the present due date of August 5, 2013.

                                               1

1    It is further stipulated and agreed that MWG's time to answer or otherwise move with respect

2  to the Complaint shall be extended until either: (1) 14 days after this Court has ruled on the Motion to

3  Transfer, if the Motion is denied; or (2) 14 days after the case has been assigned to a Judge of the

4  transferee Court, if the Motion is granted.

5  DATED:  July 31, 2013                SPAULDING McCULLOUGH & TANSIL LLP
                                        Attorneys for Plaintiff PAUL E. DOLAN, III
6

7                                       By:    /s/ Terry S. Sterling
8                                              Terry S. Sterling

9  DATED:  July 31, 2013                CLAUSEN LAW GROUP
                                        Attorney for Defendant MENDOCINO WINE GROUP,
10                                       INC.

11

12                                      By:    /s/ Lyman D. Bedford
13                                             Lyman D. Bedford

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION  CONTINUING STATUS CONFERENCE AND ORDER          Case No. 13-CV-00164-GEB-CKD

1

ORDER

2    IT IS SO ORDERED.  The Status Conference currently set for August 19, 2013 is hereby

3  continued to October 28, 2013, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to

4  the hearing.

5    **Date:  8/1/2013**

6

7    _____

     GARLAND E. BURRELL, JR.

8    Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION  CONTINUING STATUS CONFERENCE AND ORDER          Case No. 13-CV-00164-GEB-CKD