CHRISTOPHER T. HOLLAND (SBN 164053)) kkeller@ksrh.com
ANNE E. KEARNS (SBN 183336) akearns@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiff Mendocino Wine Group, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL E. DOLAN, <br><br> Plaintiff, <br><br> v. <br><br> MENDOCINO WINE GROUP, LLC, <br><br> Defendants. | Case No.: 13-cv-04114-JCS <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the civil Local Rules of the United States District Court, Northern District of California, Plaintiff Paul E. Dolan ("Plaintiff") and Mendocino Wine Group, LLC ("Defendant") stipulate as follows:

WHEREAS, Plaintiff filed a Complaint on January 25, 2013 (ECF 1); and

WHEREAS, Defendant's Motion to Transfer to this Court was granted on August 6, 2013 (ECF 22);

WHEREAS, Transfer to this Court was accepted and proceedings before this Court initiated on September 5, 2013 (ECF 24);

WHEREAS, Plaintiff filed an Amended Complaint on September 20, 2013 (ECF 29); and

WHEREAS, the Amended Complaint was served on Defendant on September 20, 2013; and

WHEREAS, Rule 6-1(a) of the Civil Local Rules of this Court, permits the parties to extend

the time within which to answer or otherwise respond to a complaint by stipulation in writing and without a Court order, provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiff and Defendant agree that the extension of time for Defendant to file a responsive pleading to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, Plaintiff and Defendant hereby stipulate and agree that the date by which Defendant shall move, Answer, or otherwise respond shall be extended, up to and including October 25, 2013.

**IT IS SO STIPULATED**.

Dated:  September 24, 2013                     KELLER, SLOAN, ROMAN & HOLLAND LLP

By:  _____/S/_____
CHRISTOPHER T. HOLLAND
Attorneys for Defendant
MENDOCINO WINE GROUP LLC

Dated:  September 24, 2013                     SPAULDING MCCULLOUGH & TRANSIL LLP

By:  _____/S/_____
TERRY S. STERLING
Attorneys for Plaintiff PAUL E. DOLAN

Dated: 9/25/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO.: 13-cv-04114-JCS