

# SPAULDING McCULLOUGH & TANSIL LLP
### ATTORNEYS AT LAW

Karin P. Beam
Mary P. Derner
Warren L. Dranit
Douglas J. (DJ) Drennan
Albert G. Handelman
Richard J. Hicks
Lisa Ann Hilario
Annette L. Holland
Cameron Scott Kirk
Jocelyn Yeh Lin
Kevin J. McCullough
Mark A. Miller
Brian J. Purtill
Gregory G. Spaulding
Terry S. Sterling
Jan Gabrielson Tansil
Donald L. Winkle

December 11, 2013

Magistrate Judge Joseph C. Spero
United States District Court
Northern Division - San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Dolan v. Mendocino Wine Group, et al.*
     USDC Case No. C 13-04114 JCS
     Our File No. 9993

Dear Judge Spero:

I write to request approval to appear at the Initial Case Management Conference scheduled in the above-matter on December 20, 2013 at 2:00 p.m., by telephone. I understand that pursuant to your scheduling notes, on the day of the hearing counsel must be on phone standby beginning at the appointed time and await the Court's phone call. The Court will initiate the phone contact and telephonic appearance cases are called last.

Please use the land line number of (805) 644-4941 to reach me.

Thank you for your courtesy.

Dated: 12/11/13

IT IS SO ORDERED
Judge Joseph C. Spero

Respectfully submitted,

Gregory G. Spaulding

GGS:jbs

90 South E Street Suite 200    Santa Rosa CA 95404    ·    Tel 707 524 1900    ·    Fax 707 524 1906    www.smlaw.com