UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL E. DOLAN,

    Plaintiff,

  v.

MENDOCINO WINE GROUP, LLC,

    Defendant.

Case No. 13-cv-04114-JCS

**ORDER RESETTING DISPOSITIVE MOTION HEARING DATE**

On January 7, 2014, the Court filed a Case Management and Pretrial Order (Jury), ECF No. 56, which sets a dispositive motion hearing date for January 23, 2015.

IT IS HEREBY ORDERED that the dispositive motion hearing date shall be reset for **November 14, 2014, at 9:30 AM.** The parties shall meet and confer and file a stipulation and proposed order as to a briefing schedule with the reply papers to be filed and served no later than **four (4) weeks** prior to the scheduled hearing date.

**IT IS SO ORDERED**.

Dated: January 9, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge